IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDY S. ORNER, | : | Case No. 4:13-cv-0837 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | (Chief Magistrate Judge Carlson) |
| NATIONAL BEEF PACKAGING, | : | |
| COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

March 23, 2015

The undersigned has given full and independent consideration to the thorough February 26, 2015 report and recommendation of Chief Magistrate Judge Martin C. Carlson (ECF No. 60). Neither Party filed an objection.

Because this Court agrees with Chief Magistrate Judge Carlson's recommendation, the Court will not rehash the reasoning of the Chief Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Chief Magistrate Judge Carlson's report and recommendation is ADOPTED (ECF No. 60).

1

2. The Defendant's Motion for Summary Judgment is DENIED.

3. The Court will schedule a telephone status conference call with the Parties in due course.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge