IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDY S. ORNER, | : | No. 4:13-cv-0837 |
| | : | |
| Plaintiff, | : | Judge Brann |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BEEF PACKAGING | : | |
| COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of December 2015, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Strike, ECF No. 76, is GRANTED IN PART AND DENIED IN PART in accordance with the accompanying Memorandum.

2. Specifically, Daniel M. Rappucci's methodology is sufficiently reliable under Daubert and Paoli II, but his testimony will be subject to thorough cross-examination and is limited as set forth in the accompanying Memorandum.

BY THE COURT:


<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge